ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSENA PERKINS as Personal Representative of MATTHEW PERKINS (Deceased); ANNETTA THRASHER as Personal Representative of VERNAL OSENTON (Deceased); WILLIAM WRIGHT as Personal Representative of MARY WRIGHT (Deceased); JOAN MOORE as Personal Representative of DANNY MOORE (Deceased),<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No. CV 08 2574<br><br>**DEMAND FOR JURY TRIAL** |

Defendant SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE hereby demands trial by jury in this action.

| | |
|---|---|
| Dated: May 21, 2008 | DRINKER BIDDLE & REATH LLP |
| | _/s/ Krista L. Cosner_ |
| | KRISTA L. COSNER |
| | Attorneys for Defendant<br>SMITHKLINE BEECHAM<br>CORPORATION dba<br>GLAXOSMITHKLINE |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400400\1

DEMAND FOR JURY TRIAL

2

CASE NO.