1  ALAN J. LAZARUS (State Bar No. 129767)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11
   ROSENA PERKINS as Personal
12 Representative of MATTHEW PERKINS       Case No. 08 2574
   (Deceased); ANNETTA THRASHER as
13 Personal Representative of VERNAL       **DEFENDANT'S CERTIFICATION OF**
   OSENTON (Deceased); WILLIAM             **INTERESTED ENTITIES OR**
14 WRIGHT as Personal Representative of    **PERSONS**
   MARY WRIGHT (Deceased); JOAN            **[CIV. L.R. 3-16]**
15 MOORE as Personal Representative of
   DANNY MOORE (Deceased),
16
                    Plaintiffs,
17
         v.
18
   SMITHKLINE BEECHAM
19 CORPORATION dba
   GLAXOSMITHKLINE and McKESSON
20 CORPORATION,

21                  Defendants.

22

23       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

24 persons, associations of persons, firms, partnerships, corporations (including parent

25 corporations) or other entities (i) have a financial interest in the subject matter in

26 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

27 subject matter or in a party that could be substantially affected by the outcome of this

28 proceeding:

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400403\1    DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    CASE NO.

1  Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a
2  GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the
3  ultimate parent corporation.

4

5  Dated: May 21, 2008

    DRINKER BIDDLE & REATH LLP

6

7  *[signature]*
    KRISTA L. COSNER

8  Attorneys for Defendant
    SMITHKLINE BEECHAM
9      CORPORATION dba
    GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400403\1

2
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS     CASE NO.