ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROSENA PERKINS as Personal Representative of MATTHEW PERKINS (Deceased); ANNETTA THRASHER as Personal Representative of VERNAL OSENTON (Deceased); WILLIAM WRIGHT as Personal Representative of MARY WRIGHT (Deceased); JOAN MOORE as Personal Representative of DANNY MOORE (Deceased),

Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,

Defendants.

Case No. CV 08 2574

**DISCLOSURE STATEMENT OF GLAXOSMITHKLINE**
[F.R.C.P. 7.1]

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE. No publicly

held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: May 21, 2008

DRINKER BIDDLE & REATH LLP

*/s/ Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE