ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSENA PERKINS as Personal Representative of MATTHEW PERKINS (Deceased); ANNETTA THRASHER as Personal Representative of VERNAL OSENTON (Deceased); WILLIAM WRIGHT as Personal Representative of MARY WRIGHT (Deceased); JOAN MOORE as Personal Representative of DANNY MOORE (Deceased),<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No.<br><br>**CERTIFICATE OF SERVICE** |

I, LEE ANN L. ALLDRIDGE, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On May 21, 2008, I caused to be served the following document(s):

1.  CIVIL CASE COVER SHEET;

2.  NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE;

3.  DECLARATION OF KRISTA L. COSNER IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL, UNDER 28 U.S.C. § 1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE

4.  NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS; [CIV. L.R. 83-1.4];

5.  DISCLOSURE STATEMENT OF SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE [F.R.C.P. 7.1];

6.  DEMAND FOR JURY TRIAL; and

7.  DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES[CIV. L.R. 7.1-1].

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

David C. Andersen
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on May 21, 2008 at San Francisco, California.

LEE ANN L. ALLDRIDGE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400457\1    CERTIFICATE OF SERVICE    2    CASE NO.