ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSENA PERKINS as Personal Representative of MATTHEW PERKINS (Deceased); ANNETTA THRASHER as Personal Representative of VERNAL OSENTON (Deceased); WILLIAM WRIGHT as Personal Representative of MARY WRIGHT (Deceased); JOAN MOORE as Personal Representative of DANNY MOORE (Deceased),<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No. CV-08-2574 WDB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT McKESSON'S TIME TO RESPOND TO COMPLAINT** |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendant McKESSON CORPORATION ("McKesson) may move, answer, or otherwise respond to Plaintiffs' Complaint shall be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania.[1]

Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any deadline already fixed by the Court require court approval. Although the parties believe this stipulation will have no such effect, to the extent that it does, the parties request that this Court approve the proposed order below, allowing the time frame for McKesson to move, answer, or otherwise respond to Plaintiffs' Complaint to be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.).

IT IS SO STIPULATED:

Dated: June 10, 2008                    DRINKER BIDDLE & REATH LLP

                                        */s/ Krista L. Cosner*
                                        KRISTA L. COSNER

                                        Attorneys for Defendants
                                        SMITHKLINE BEECHAM
                                        CORPORATION d/b/a
                                        GLAXOSMITHKLINE and
                                        McKESSON CORPORATION

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits transfer by the Judicial Panel on Multidistrict Litigation.

| | |
|---|---|
| Dated: June 10, 2008 | THE MILLER FIRM, LLLC |
| | |
| | */s/ David C. Anderson* |
| | DAVID C. ANDERSEN (Bar No. 194095) |
| | KRISTINA M. GIGSTAD |
| | Attorney for Plaintiffs |

Pursuant to stipulation, IT IS SO ORDERED:

Dated: June __, 2008

_____
United States District Court, Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401340\1

2

STIPULATION AND ORDER EXTENDING DFDT'S TIME TO RESPOND TO COMPLAINT     CASE NO. CV-08-2574 WDB