1  ALAN J. LAZARUS (State Bar No. 129767)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11

12  ROSENA PERKINS as Personal          Case No. CV-08-2574 WDB
    Representative of MATTHEW PERKINS
    (Deceased); ANNETTA THRASHER as     STIPULATION AND [PROPOSED]
13  Personal Representative of VERNAL   ORDER EXTENDING DEFENDANT
    OSENTON (Deceased); WILLIAM         McKESSON'S TIME TO RESPOND TO
14  WRIGHT as Personal Representative of COMPLAINT
    MARY WRIGHT (Deceased); JOAN
15  MOORE as Personal Representative of
    DANNY MOORE (Deceased),
16
                 Plaintiffs,
17
         v.
18
    SMITHKLINE BEECHAM
19  CORPORATION dba
    GLAXOSMITHKLINE and McKESSON
20  CORPORATION,

21               Defendants.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401340\1   STIPULATION AND ORDER EXTENDING DFDT'S TIME TO RESPOND TO COMPLAINT   CASE NO. CV-08-2574 WDB

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendant McKESSON CORPORATION ("McKesson) may move, answer, or otherwise respond to Plaintiffs' Complaint shall be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871 (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania.[1]

Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any deadline already fixed by the Court require court approval. Although the parties believe this stipulation will have no such effect, to the extent that it does, the parties request that this Court approve the proposed order below, allowing the time frame for McKesson to move, answer, or otherwise respond to Plaintiffs' Complaint to be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871 (E.D. Pa.).

IT IS SO STIPULATED:

Dated: June 10, 2008

DRINKER BIDDLE & REATH LLP

*/s/ Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and
McKESSON CORPORATION

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits transfer by the Judicial Panel on Multidistrict Litigation.

1  Dated: June 10, 2008                    THE MILLER FIRM, LLLC

2

3                                          /s/ David C. Anderson
4                                          DAVID C. ANDERSEN (Bar No. 194095)
                                           KRISTINA M. GIGSTAD
5
                                           Attorney for Plaintiffs
6
      Pursuant to stipulation, IT IS SO ORDERED:
7

8  Dated: June 13, 2008

9                                          /s/ Wayne D. Brazil
                                           United States District Court, Northern
10                                         District of California
                                           Magistrate Judge Wayne D. Brazil
11

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401340\1