MICHAEL E. KUNZ  
CLERK'S OFFICE  
CLERK OF COURT

ROOM 2609  
(267) 299-7018

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF PENNSYLVANIA  
U.S. COURT HOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1797



FILED  
JUL 14 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

RE: ADVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION; MDL 1871

Dear Clerk:

Enclosed is a Certified copy of the conditional transfer order (CTO-20) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 1871 assigned to the Honorable Cynthia M. Rufe.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ  
Clerk of Court

By: Tom Dempsey  
Tom Dempsey, Deputy Clerk  
MDL Docketing Clerk

Enclosure

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-10-08
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-20)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 164 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

SCHEDULE CTO-20 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**    **CASE CAPTION**

ALABAMA SOUTHERN
  ALS  1  08-268    Sharron Edwards, et al. SmithKline Beecham Corp.
  ALS  1  08-269    Linda Jones, et al. v. SmithKline Beecham Corp.
  ALS  1  08-270    Carolyn Knight v. SmithKline Beecham Corp.
  ALS  1  08-271    William Hanekamp, et al. v. SmithKline Beecham Corp.

CALIFORNIA CENTRAL
  CAC  2  08-3372   Lynel Dixon v. SmithKline Beecham Corp.
  CAC  2  08-3472   Cassandra Woehr, etc. v. SmithKline Beecham Corp., et al.
  CAC  2  08-3474   Linda Baldwin v. SmithKline Beecham Corp., et al.

CALIFORNIA NORTHERN
  CAN  3  08-2659   Harold Douglas Edwards, et al. v. SmithKline Beecham Corp., et al.
  CAN  3  08-2660   James King, et al. v. SmithKline Beecham Corp., et al.
  CAN  3  08-2661   Randy Nabers, et al. v. SmithKline Beecham Corp., et al.
  CAN  3  08-2662   Mary Louise Abbott, et al. v. SmithKline Beecham Corp., et al.
  CAN  3  08-2664   Kathryn Brown, et al. v. SmithKline Beecham Corp., et al.
  CAN  3  08-2665   Doris E. Secord, et al. v. SmithKline Beecham Corp., et al.
  CAN  3  08-2666   Allen Williams, et al. v. SmithKline Beecham Corp., et al.
  CAN  3  08-2667   David Compton, et al. v. SmithKline Beecham Corp., et al.
  CAN  4  08-2574   Rosena Perkins, et al. v. SmithKline Beecham Corp., et al.

KENTUCKY EASTERN
  KYE  5  08-217    Robert Yates, etc. v. SmithKline Beecham Corp.

KENTUCKY WESTERN
  KYW  3  08-279    Adam Troy Williams v. SmithKline Beecham Corp.

LOUISIANA EASTERN
  LAE  2  08-3496   Carolyn M. Gracia v. SmithKline Beecham Corp.
  LAE  2  08-3515   Donald Boman, Sr. v. SmithKline Beecham Corp.
  LAE  2  08-3516   Clarence Barra, et al. v. SmithKline Beecham Corp.
  LAE  2  08-3517   Richard Woodford, et al. v. SmithKline Beecham Corp.
  LAE  2  08-3518   Elbert Buckley, etc. v. SmithKline Beecham Corp.
  LAE  2  08-3519   Peggy Johnson, etc. v. SmithKline Beecham Corp.
  LAE  2  08-3520   Edward Fast, et al. v. SmithKline Beecham Corp.
  LAE  2  08-3521   George H. Gurtner v. SmithKline Beecham Corp.
  LAE  2  08-3522   Allen LeBlue, et al. v. SmithKline Beecham Corp.
  LAE  2  08-3523   Allen Fabre, Sr., et al. v. SmithKline Beecham Corp.
  LAE  2  08-3528   Preston Honor, et al. v. SmithKline Beecham Corp.
  LAE  2  08-3529   Ronald Plaisance, et al. v. SmithKline Beecham Corp.

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **LOUISIANA MIDDLE** | |
| LAM 3 08-309 | Gerald Acosta v. SmithKline Beecham Corp. |
| LAM 3 08-312 | Robin Hasten, et al. v. SmithKline Beecham Corp. |
| **LOUISIANA WESTERN** | |
| LAW 2 08-709 | Lawrence Brown, et al. v. SmithKline Beecham Corp. |
| LAW 6 08-702 | Clara Touchet, etc. v. SmithKline Beecham Corp. |
| LAW 6 08-704 | Vergie Jones, etc. v. SmithKline Beecham Corp. |
| **MARYLAND** | |
| MD 1 08-1313 | Don Thomas v. SmithKline Beecham Corp. |
| **MINNESOTA** | |
| MN 0 08-1463 | Jimmie Thomas, et al. v. SmithKline Beecham Corp. |
| **NEW YORK WESTERN** | |
| ~~NYW 1 08-386~~ | ~~Renee Mick, etc. v. GlaxoSmithKline PLC, et al.~~   Opposed 7/3/08 |
| **TENNESSEE MIDDLE** | |
| TNM 3 08-509 | Regald Swauncy v. SmithKline Beecham Corp. |
| **TEXAS NORTHERN** | |
| TXN 6 08-22 | Odis Sparks v. SmithKline Beecham Corp. |
| **TEXAS SOUTHERN** | |
| TXS 4 08-1559 | Jackie Chalmers v. SmithKline Beccham Corp. |
| TXS 4 08-1592 | Jacqueline Alsobrook v. SmithKline Beecham Corp. |
| TXS 4 08-1594 | Angela C. Trent v. SmithKline Beecham Corp. |
| TXS 4 08-1599 | Billy Carroll Tetleton v. SmithKline Beecham Corp. |
| TXS 4 08-1602 | Jacqueline Taylor v. SmithKline Beecham Corp. |
| TXS 4 08-1603 | Gerald Gifford v. SmithKline Beecham Corp. |
| TXS 4 08-1605 | Ernest Marvin Littleton v. SmithKline Beecham Corp. |
| TXS 4 08-1606 | Tom Kirk v. SmithKline Beecham Corp. |
| TXS 4 08-1608 | John T. Kiddy v. SmithKline Beecham Corp. |
| TXS 4 08-1609 | Tonia Honeycutt v. SmithKline Beecham Corp. |
| TXS 4 08-1610 | Joyce R. Grant v. SmithKline Beecham Corp. |
| TXS 4 08-1613 | John C. Hacker v. SmithKline Beecham Corp. |
| TXS 4 08-1614 | Ralph S. DeArmond v. SmithKline Beecham Corp. |
| TXS 4 08-1616 | Michael W. Bishop v. SmithKline Beecham Corp. |