**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

July 15, 2008

United States District Court
Eastern District of Pennsylvania
U.S. Court House
601 Market Street
Philadelphia, PA 19106-1797

RE:   CV 08-02574 WDB  ROSENA PERKINS-v-SMITHKLINE BEECHAM CORP.
      MDL. No. 1871

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Cynthia J. Lenahan*

by: Cynthia Lenahan
Case Systems Administrator

Enclosures
Copies to counsel of record